UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,      Case No. 21-cr-20272

v.                              Judith E. Levy
                              United States District Judge

Gloria Bush,
                              Mag. Judge Kimberly G. Altman

             Defendant.

_____/

**ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND THE TIME TO FILE ADDITIONAL MOTIONS [25]**

This case is before the Court on Defendant Gloria Bush's second motion to extend the time to file additional motions. (ECF No. 25.) The government indicates in its response that it "does not object to the defendant's request for additional time." (ECF No. 27, PageID.69.) Accordingly, Defendant's motion is GRANTED. The Court grants a sixty-day extension, so the motion cutoff date is now December 13, 2021. The plea cutoff/final pretrial conference is continued to January 4, 2022 at 10:30 a.m., and the trial is continued to January 18, 2022 at 8:30 a.m. The time from December 3, 2021 to January 18, 2022

constitutes excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and Defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 12, 2021       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 12, 2021.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager