UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 21-cr-20272 |
|     Plaintiff, | Honorable Judith E. Levy |
| v. | Violations:<br>18 U.S.C. § 111 |
| Gloria Bush, | 18 U.S.C. § 924(c) |
|     Defendant.<br>_____/ | |

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
18 U.S.C. §§ 111(a)(1), (b) – Assault of a Federal Officer

On or about April 7, 2021, in the Eastern District of Michigan, defendant GLORIA BUSH, forcibly assaulted, opposed, impeded, intimidated, and interfered with officers and employees of the United States, to wit: five (5) Special Agents and one (1) Task Force Officer of the Drug Enforcement Administration, while engaged in the performance of their official duties, and while in the commission of said acts, used a deadly and dangerous weapon, specifically, a Smith & Wesson MP 40, .40 caliber pistol, bearing serial number NHV0257, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT TWO
18 U.S.C. § 924(c) – Use and Carry of Firearm During and in Relation to a Crime of Violence

On or about April 7, 2021, in the Eastern District of Michigan, defendant GLORIA BUSH knowingly brandished, carried, and used a firearm, that is, a Smith & Wesson MP 40, .40 caliber pistol, bearing serial number NHV0257, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is: Assault of a Federal Officer (as more particularly described in Count One of this Superseding Information), in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

1. The allegations contained in this Superseding Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon being convicted of violating Title 18, United States Code, Sections 111(a)(1) and 111(b), and/or Title 18, United States Code, Section 924, as set forth in this Superseding Information, defendant GLORIA BUSH shall forfeit to the United States any firearms and ammunition involved in the offense(s), pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28,

United States Code, Section 2461(c), including but not limited to a Smith & Wesson MP 40, .40 caliber pistol, bearing serial number NHV0257.

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/ Nicholas McIntyre*
NICHOLAS MCINTYRE
Assistant United States Attorney

Dated: November 27, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21-CR-20272 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *[signature]* |

**Case Title:** USA v Gloria Bush

**County where offense occurred:** Wayne

**Offense Type:** Felony

Information – **based upon LCrR 57.10 (d)** *[Complete Superseding section below].*

**Superseding Case Information**

**Superseding to Case No:** 21-CR-20272              **Judge:** Judith E. Levy

**Reason:** Involves, for plea purposes, different charges or adds counts.

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Gloria Bush | 18 U.S.C. §§ 111(a)(1), (b)<br>18 U.S.C. § 924(c) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 27, 2023
Date

*[signature]*
Nicholas McIntyre
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nicholas.McIntyre3@usdoj.gov
(313) 226-9611
Bar #: P78756

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.