# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,      Case No. 21-cr-20272

v.                                      Judith E. Levy
                                      United States District Judge

Gloria Bush,

                                      Mag. Judge Kimberly G. Altman

                Defendant.

_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION TO CORRECT DEFENDANT'S SENTENCE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 35 [91]

On April 30, 2024, the government filed a motion to correct Defendant Gloria Bush's sentence pursuant to Federal Rule of Criminal Procedure 35. (ECF No. 91.) The government states that "the Court clearly erred by: (1) imposing the sentence on Count 1 of the Superseding Information concurrent to a discharged federal sentence, and (2) ordering that the sentence on Count 1 begin more than three years earlier on April 7, 2021." (*Id.* at PageID.466.) The government demonstrates that the sentence imposed by the Court "resulted from . . . clear error." Fed. R. Crim. P. 35(a). Accordingly, the government's

motion is GRANTED. The Court will issue an amended judgment that corrects the errors in Defendant's sentence identified by the government. *See* Fed. R. Crim. P. 35(a); *see also* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.").

IT IS SO ORDERED.

Dated: May 13, 2024　　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 13, 2024.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager